MARION FRIEDENWALD v. HERBERT FRIEDENWALD.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

PIERRE MORACCHINI v. ADA MORACCHINI.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

COMMISSIONER OF PUBLIC WELFARE, etc., on Complaint of CATHERINE SLAT-TERY, v. JOHN STAPLETON.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MAX ZIMMERMAN and Others v. SIDNEY GUBIN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CHARLES S. HAIGHT and Others v. LLOYD ROYAL BELGE SOCIETE ANONYME, a Corporation of the Kingdom of Belgium.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JULIUS BLUM v. ÆTNA STEEL PRODUCTS CO., INC.— Motion to dismiss appeal granted as indicated in order. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

GOESELL REALTY CO., INC., v. JOHN F. CUNNINGHAM.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of THE CITY OF NEW YORK (Tompkins Street).— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

FRANKLIN WEBSTER and Others v. CARL L. GLEIZES, JR., as Executor, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CHAS. F. GARRIGUES COMPANY v. NEW YORK PRODUCE EXCHANGE, Impleaded, etc.— Motion denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE AMERICAN DISTRICT TELEGRAPH COMPANY v. THE CITY OF NEW YORK and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of ALFRED ISAAC BLUMENTHAL, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Petition of UNITED STATES LIGHT AND HEAT CORPORA-TION for an Order Directing FRANK B. VERMILYA, an Attorney, to Turn over Moneys and Papers in His Possession.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOHN S. METCALF CO., LTD., v. FRANCIS RANDOLPH MAYER and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALLERTON 55TH STREET CORPORATION v. HENRY M. GOLDFOGLE and Others.— Preferences granted for November 10, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HELEN E. STOKES v. WILLIAM E. D. STOKES.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.